IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
97 JUN 23 PM 3:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

IRVING JOHNSON,                )
                               )
    Plaintiff,                 )
                               )
vs                             )   CIVIL ACTION NO. 97-G-1115-S
                               )
                               )
WARDEN STEVE DEES, AND         )
CAPTAIN GRANT CULLIVER,        )
                               )
    Defendants.                )

ENTERED
JUN 24 1997

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and the plaintiff's objections, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, this action is due to be dismissed under 28 U.S.C. § 1915(d). Along with the plaintiff's objections to the report and recommendation, he has filed a "Motion to Vacate the Judgement," which is due to be denied. An appropriate order will be entered.

DONE, this 23rd day of June, 1997.

_____
J. FOY GUIN JR.,
SENIOR UNITED STATES DISTRICT JUDGE

11